# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rickman Brown, et al., | No. CV-16-02801-PHX-SRB |
| Petitioners, | **ORDER** |
| v. | |
| Eva Sperber-Porter, et al., | |
| Respondents. | |

On March 30, 2018 the Magistrate Judge issued her Report and Recommendation recommending that certain of Petitioners' petitions for charging orders (Docs. 169, 170 and 171) be granted and others withdrawn and that the Court enter charging orders against Evan Sperber-Porter's interest in Baseline, Litchfield, and TDI, as set forth in Attachments A, B, and C all in accordance with the parties' stipulation. She also recommended that Petitioners' withdrawn petitions for charging orders (Doc. 172, 173 and 174) be denied as moot. In her Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate

Judge as the Order of this Court.

IT IS FURTHER ORDERED that the Court will enter by separate order the charging orders against Eva Sperber-Porter's interests in Baseline, Litchfield, and TDO, as set forth in Attachments A, B, and C. (Doc. 169, 170, and 171)

IT IS FURTHER ORDERED denying as moot Petitioner's remaining petitions for charging orders. (Doc. 172, 173, and 174)

Dated this 30th day of April, 2018.

_____
Susan R. Bolton
United States District Judge