# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rickman Brown, et al., | No. CV-16-02801-PHX-SRB |
| Petitioners, | **ORDER** |
| v. | |
| Eva Sperber-Porter, et al., | |
| Respondents. | |

On August 23, 2018 the parties filed a stipulation resolving two Petitions for Charging Orders (Doc. 167 and Doc. 168). The parties further stipulated to the form of the charging orders. The Magistrate Judge issued her Report and Recommendation pursuant to this stipulation on August 24, 2018 recommending that the stipulated charging orders be entered by this Court and that the stipulated withdrawn request for a charging order be denied as moot and without prejudice to refiling.

IT IS ORDERED adopting the Report and Recommendation as the Order of this Court.

IT IS FURTHER ORDERED that Petitioners' petitions for charging orders (Docs. 167 & 168) be granted. The Court will enter charging orders against the Baldino Debtors' interests in MP 15 and MP 17 in the form stipulated by the parties.

. . .

. . .

. . .

IT IS FURTHER ORDERED that Petitioners' petition for charging order against Meridian's interest in MP17 (Doc. 168) is denied as moot and without prejudice to refiling.

Dated this 31st day of August, 2018.

_____
Susan R. Bolton
United States District Judge